IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

HUNTINGTON INSURANCE, INC.,

          Plaintiff,          Case No. 3:09 CV 1932

-vs-

                        MEMORANDUM OPINION
WILLIAM LARKIN, et al.,          AND ORDER

          Defendant.

KATZ, J.

      This matter is presently before the Court on the Defendant's motion to dismiss (Doc. 20) for lack of subject-matter jurisdiction. Defendant maintains that the amount in controversy in this action is less than $75,000. The motion will be denied.

      "[T]he general rule in diversity cases [is] that the amount claimed by a plaintiff in his complaint determines that amount in controversy, unless it appears to a legal certainty that the claim is for less than the jurisdictional amount." *Golden v. Gorno Bros., Inc.*, 410 F.3d 879, 884 (6th Cir. 2005). At this very early stage of the litigation, Defendant has not met his burden of showing, to *a legal certainty*, that Plaintiff's claim is for less than $75,000. The motion to dismiss is therefore denied.

      IT IS SO ORDERED.

                                        s/ *David A. Katz*
                                        DAVID A. KATZ
                                        U. S. DISTRICT JUDGE